UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Derrick Jerome Spencer,

    Plaintiff,

v.

United States Federal Bureau of Prisons; Merrick Garland, Attorney General; Collette Peters, FBOP Director; B. Eischen, Warden; K. Winger, Unit Manager; J. Kozulla, Case Manager,

    Defendants.

ORDER FOR DISMISSAL WITHOUT PREJUDICE
Case No. 23-cv-219 (MJD/LIB)

---

This matter is before the Court on the March 22, 2023 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (Doc. 6.) The Report and Recommendation recommends dismissing Plaintiff's Complaint without prejudice.

No objections to the Report and Recommendation have been filed in the time allowed by law. In the absence of any timely objections, this Court has reviewed the Report and Recommendation for clear error. Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the

1

court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); D. Minnesota Local Rule 72.2(b)-(c). Having reviewed the Report and Recommendation and the record in this case, the Court finds no clear error.

Accordingly, based on the Report and Recommendation and the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 22, 2023 Report and Recommendation (Doc. 6) is **ADOPTED**; and

2. Plaintiff Derrick Jerome Spencer's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 16, 2023                      s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court